United States District Court
District of Connecticut

Wayne Rogers,
    Plantiff,

V.

Doctor Gerard Gagne,
Clinical Social Worker
(CSW) M. Binezewski,
Individual and official
Capacities,
    Defendants

Case no.:

Date: June, 9th 2023
Pro Se Prisoners Civil
Rights Complaint, Emergancy
Injunction and TRO

## Jurisdiction & Venue: A)

1) This is a civil action authorized by 42 U.S.C. Section 1983, to redress the deprivations, under color of State Law, of Rights Secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plantiff Rogers seeks Declaratory Relief pursuant to 28 U.S.C. Section 2201 and 2202. Plantiff Rogers' Claims for injunctive Relief are Authorized by 28 U.S.C. Sections 2283 & 2284, and Rule 65 of the Fed. R. Civ. P. 42 U.S.C. Sections 10801 thru 10851 and 42 U.S.C Section 10803.

2.) The District of Connecticut is an appropriate venue under 28 U.S.C. §1391(b)(2) because it is where the events giving rise to this claim occured.

## Plantiff: B J

1) Plantiff, Wayne Rogers #323651, is and was at all times mentioned herein a prisoner of the State of Connecticut Dept. of Corrections (CTDOC). He is currently confined at Corrigan Radgowski Corr. Ctr (CRCC).

## Defendants: C J

1) Defendant Gerard Gagne, is the mental health medication perscriber at CRCC. He is responsible for the mental health, safty, and welfare of prisoners under his care.

2.) Defendant Michele Binezewski, is a Clinical Social Worker (CSW), and is responsible for meeting one on one, recording and reporting mental health issues, and recamending treatment to the Doctor, of prisoners under her care.

3.) Both Defendants are being sued in their individual and official capacities, and at all times relevant to this claim, were acting under color of state law.

2

Facts: D)

1) To set some background to better understand the facts and violations at hand I would like to first give a little history.

2) In the early to mid nintys I had a lot of physical and sexual abuse that led to a long term hospitulization in a ~~private~~ mental health institution, Natchaug in Windam Connecticut, I was there for about 6 months untill my medication was stabelized.

3) In the early 2000's I went off my medication and again was hospitulized untill stable, this happend 3 times between 2003 and 2015.

4) In 2020 I was on my medications through my regular perscriber at Community Health Center in Middletown CT ~~scribbled out~~

5) In 2021 I had some setbacks with my mental health that lead to a short hospitulization at The Institute of Living in Hartford CT, where my medication was adjusted and I was poleased.

6) In September 2021 I was incarserated at Hartford Correctional Center (HCC) and have been incarserated since.

7) While at HCC from Sept 2021 untill March 2023

3

Facts: D)

my medications were being adjusted until they fit with my Diagnosises and Behaviour modification. In short in that 18 month period I recieved around 25 Disciplinary reports and was on Suicide Watch around 5 times.

8.) Around Jan. 2023 my medication was stabelized and I was Discipline free.

9.) In March 2023 - march 30th 2023, I was transfered to Corrigan CC (CRCC), where I was Stable, happy and at a good point mentaly, preparing to Return Home in April 2024 stable.

10.) In June 2023 I was informed by Defendant DR. Gagne that I would be removed from all medications which I perfusely and Adamently Against.

11.) I voiced my concerns but was told its his Decision and was Denied.

12.) I was told by DR. Gagne that "I am a Drug Addict" and "If I have not changed yet, meds wont Help", and "Its a waste of meds and resources" "If I "stop doing Drugs my problems will go away"

13.) I reiterated that I have Bi-Polar, PTSD, Anxiety, Depression and those Cause sleep problems due to nightmares its not from the Drugs, its from the Abuse as a child

4

Facts: DJ

14.) Defendant Gayne responded that if He could make it through "life as a Homosexual" in his time, without medication, I don't need it, to "tuff it out" and I would get through it.

15.) Defendant, Binezewski is supposed to be my therapist who I've met with, and told that I was feeling good about being stable, and she voiced that my Discipline record showed improvement.

16.) Defendant, Binezewski also told me that She would recommend I stay on my medication when we met for our one on one Sessions.

17.) When I was removed from my medications I asked Defendant, Binezewski what happened and why I was removed after she told me she would recommend I stay on, and she stated "Hes the Boss, I go with what He does".

18.) I have about 10 months until I Discharge from Doc, I'm concerned that I will go to the community with my mental health unstable, and have a Relapse and end up in Jail or Dead.

19.) Defendant Gayne removed my medication on our first encounter after my only being in this facility for 60 Days.

5

## Facts: D)

20.) I've attached medical Records From 2014 through 2022 From Department of Corrections that Show my Diagnosis's and medications.

21.) I've also attached medical Records From 2017 through 2021 From my Doctor's at Community Health Center in the Community that Show my Diagnosis's and medications.

## Legal Claim's: E)

1) Both Defendants Deliberate indifference to Serious mental Health needs Violates the Eighth Amendment of the United States Constitution

2.) Defendant Gagne's Violation of the Protection and Advocacy for individuals with Mental Illness ACT (PAMII), Violates the Eighth Amendment for Deliberate Indifference to a Serious mental Health need.

3.) The Plantiff has no Plain, adequate, or Complete Remedy at law to redress the wrongs described herein. Plantiff has been and Will continue to be irrepairably injured by the conduct of the Defendants unless the Court grants the Declaratory and Injunctive Relief Which Plantiff Seeks.

## Prayer For Relief: F)

6

Wherefore, Plantiff respectfully prays that this Court enter judgment granting Plantiff;

1.) Declaration that the acts and omissions described herein violated Plantiffs rights under the Constitution and the Laws of the United States.

2.) Preliminary and Permanent injunction ordering Defendant Gerard Gagne to continue Plantiff's medications that He was upon arrival at Corrigan CC, for His PTSD, Bi-Polar, Depression, Anxiety, and Sleep Disorders, untill the Plantiffs Discharge in April 2024.

3.) Compensatory Damages in the Amount of $10,000 against each Defendant, jointly and severally.

4.) Punitive Damages in the Amount of $150,000 against each Defendant and the Amount of $200,000 against Defendant Gagne in his Individual Capacitty.

5.) A jury Trial on All Issues triable by jury.

6.) Plantiffs Costs in this suite, and;

7.) Any additional relief this Court deems just, proper, and equitable

June 9th 2023

7

Wayne Rogers # 323651
~~986 Norwich New London TPK~~
~~Uncasville CT. 06382~~
1153 East ST South
Suffield CT 06080

Verification: (G)

I have read the foregoing Complaint and hereby Verify that the matters alledged therein are True, except as to matters alledged on information and belief, and, as to those, I believe them to be True, I certify under penalty of Perjury that the foregoing is True and Correct.

Executed at, Uncasville Connecticut, on June 9th 2023

*[signature]*

Wayne Rogers # 323651
986 Norwich New London TPK
Uncasville, CT. 06382

8